**WILLIAM W SCHWARZER**
SENIOR UNITED STATES DISTRICT JUDGE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-4660
FAX: (415) 522-4632

May 20, 2004

Honorable Mary M. Lisi
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle NE
Washington DC 20544

Dear Judge Lisi:

This is in response to your letter of May 14, 2004. Each of the paragraphs below responds to a paragraph of your letter.

¶ 1:    My chambers address is 450 Golden Gate Avenue, San Francisco, CA 94102.

¶ 2:    Part II should be reported as "NONE"

¶¶ 3 and 4: The listing was misread by the examiner. It is reported on the enclosed amended Part VII. The listing was of Columbia Fund, which is the successor of the Acorn Fund listed on the 2003 report. See the enclosed amended Part VII.

¶ 5:    Enclosed is an amended Part VII.

All of the information given, and incorporated above, is accurate, true and complete to the best of my knowledge and belief.

Very truly yours,

William W Schwarzer

Enc.

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHWARZER, William W | No. Dist. CA. | 4/3/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type). | 6. Reporting Period |
|---|---|---|
| SENIOR US Dist. Judge | ___ Nomination, Date _____ <br> ___ Initial  X  Annual ___ Final | X — 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
|  | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. DISTINGUISHED PROF. OF LAW | Univ. of Cal. Hastings College of the Law |
| 2. | |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

FINANCIAL DISCLOSURE OFFICE
APR 12 10 41 AM '04
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☐ NONE (No reportable non-investment income.) | | |
| 1. 1/1 - 6/30/03 | Hastings College of the Law | $45,936 - |
| 2. 7/02/03 | Dodge & Cox IRA Distrib. | $30,915 - |
| 3. 1/1 - 12/31/03 | West Group Royalties | $47,306 - |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1. → U. Cal Retirement System | | 761 - |
| 2. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| Pepperdine Law School | 1/3-4 Law Clerks Seminar, Los Angeles |
| | Meals, Lodging, Transportation |
| ALI – ABA | 9-Oct 12/0-13 Complex Litigation Program |
| | Meals, Lodging, Transportation |
| Insurance Alliance | 4/20-22 Tort Reform Seminar, San Diego |
| | Meals, Lodging, Transportation |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| William W Schauerer | Amended 5/17/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, | | | | | | | | | |
| 1  LA Dept WP. Bonds | D | INT | M | T | BOT | various this wos | M | | |
| 2  LA Water Bonds | A | INT | | | SOLD | 7/33 | J | A | |
| 3  ~~Cal State Bonds~~ | | | | | | | | | |
| 4  San Mateo Bonds | A | INT | K | T | | | | | |
| 5  UBS Paine Webber M Mut | B | DIV | M | T | | | | | |
| 6  RBC Dave Rauscher MMut | C | DIV | L | T | | | | | |
| 7  Dodge & Cox Int | E | DISTRIB | O | T | | | | | |
| 8  Harris Trust Com Fund | A | DISTRIB | L | T | | | | | |
| 9  Woody Brown Fund | K | DIV. | E | T | | | | | |
| 10  Wells Fargo M.Mut | A | INT. | J | T | | | | | |
| 11  V. Cal Bond Bauer Bk | A | DISTRIB | K | T | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4).  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
 P3=$25,000,001-$50,000,000  P4=More than $50,000,000

Value Method Codes: Q=Appraisal  R=Cost (Real Estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| William W Schwarzer | 4/3/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | A | Div | K | F | | | | | |
| 1 UBS Paine Webber Money Mkt A | A | Div | M | T | | | | | |
| 2 RBC Dain Rauscher | C | Inter | PI | T | | | | | |
| 3 Investm + Money Mkt Acc | A | Div | PI | T | | | | | |
| 4 Dodge & Cox / IRA | E | Distrib | O | T | | | | | |
| 5 Harris Trust Common Fd | A | Discount | L | T | | | | | |
| 6 Columbia (formerly Acorn) | A | Div. | K | T | | | | | |
| 7 Tweedy Brown Global Val Fd | A | Div | K | T | | | | | |
| 8 Wells Fargo Money Mkt | A | Inter | J | T | | | | | |
| 9 US Treasury Bills | A | Inter | M | T | Bot | 7/28 | M | | |
| 10 " | | | | | Sold | 10/30 | K | A | |
| 11 " | A | Inter | M | T | Bot | 5/22 | | | |
| 12 " | | | | | Sold | 11/6 | M | A | |
| 13 " | A | Inter | K | T | Bot | 10/29 | | | |
| 14 " | | | | | Sold | 12/1 | K | A | |
| 15 Various Cal. Municipal Bonds | K | Inter | PI | T | Bot | 4-12/04 | PI | — | |
| 16 | | | | | Sold | 1-12/04 | PI | — | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM W SCHWARZER | AMENDED 5/17/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 COLUMBIA FUND (WAS | A | DIV | K | T | | | | | |
| 2   ACORN FUND IN 2003) | | | | | | | | | |
| 3 MARIN COUNTY BONDS | C | INT | | | SOLD | 1/26 | M | A | |
| 4 METRO WATER DIST | C | INT | | | Sold | 3/23 | K | A | |
| 5 SACREMENTO COUNTY BONDS | C | INT | | | Sold | 5/05 | M | A | |
| 6 Los Angeles DPW | D | INT | | | Sold | 5/21 | M | D | |
| 7 Univ of Cal Bonds | C | INT | | | SOLD | 9/23 | K | A | |
| 8 CAL STATE BONDS | E | INT | N | T | Sold | 9/24 10/14 | M | A | |
| 9 San Diego County Bonds | C | INT | | | Sold | 10/14 | K | A | |
| 10 US TREASURIES | C | INT | | | Sold | 11/30 12/05 | M | A | |
| 11 CAL STATE BONDS | D | INT | M | T | Bot | various times | M | | |
| 12 BURLINGAME CA BONDS | C | INT | L | T | Bot | 3/6 | L | | |
| 13 TREASURIES US | D | INT | | | Bot | 3/23 7/26 | M | | |
| 14 SONOMA COUNTY BONDS | C | INT | L | T | Bot | 1/7 | L | | |
| 15 San Jose City Bonds | C | INT | M | T | Bot | 10/07 | M | | |
| 16 Orange Co. Bonds | B | INT | K | T | Bot | 5/15 | K | | |
| 17 Sacramento County Bonds | D | INT | M | T | Bot | 7/26 | M | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
(See C)   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See C)   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                    Date  4/3/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544